UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE TODD ROBINSON | **ORDER TRANSFERRING CASES** |

The following cases are transferred from the calendar of the Honorable Dana M. Sabraw to the calendar of the Honorable Todd Robinson. After this transfer, the case number should be changed to reflect Judge Robinson's initials. Therefore, in all case numbers, the "DMS" that appears after the case number should be changed to "TWR." The magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Robinson. All dates currently set before Judge Sabraw shall remain as set, but will be on Judge Robinson's calendar. Dates before the magistrate judge are unaffected by this Order.

1. 18cv0061, *A v. United States of America*
2. 18cv0330, *Ruiz v. Romero*
3. 18cv0662, *Monroe v. Wilkie*
4. 19cv1582, *Samaniego v. Law Offices of Les Zieve*
5. 18cv1377, *Rinaldi v. BP West Coast*

|     |     |                                                                      |
| --- | --- | -------------------------------------------------------------------- |
|     |     | (and related cases)                                                  |
|     |     | 15cv1749, *Persian Gulf Inc. v. BP West Coast Products LLC*          |
|     |     | 18cv1374, *Bartlett v. BP West Coast Products LLC*                   |
|     | 6.  | 18cv2044, *Mitchell v. Silva*                                        |
|     | 7.  | 18cv2578, *United States of America v. Gilbane*                      |
|     | 8.  | 18cv2913, *Wellons v. PNS Stores, Inc.*                              |
|     | 9.  | 19cv0807, *Ricker v. Salas*                                          |
|     | 10. | 19cv0947, *Gaxiola v. United States*                                 |
|     | 11. | 19cv1345, *Gutierrez v. Johnson & Johnson*                           |
|     | 12. | 19cv1711, *Godek v. CR Bard*                                         |
|     | 13. | 19cv2043, *Stewart v. Quest Diagnostics*                             |
|     | 14. | 20cv0174, *Eiswerth v. U.S. Department of Homeland Security*         |
|     | 15. | 20cv0610, *Perea v. FedEx*                                           |
|     | 16. | 20cv1028, *Ditter v. Jewish Community Camp and Retreat Center*       |
|     | 17. | 20cv1255, *In re Lisa Golden*                                        |
|     |     | (and related cases)                                                  |
|     |     | 18cv2089, *In re Lisa Kaye Golden*                                   |
|     |     | 18cv2699, *Rogers v. Golden*                                         |
|     |     | 19cv0488, *In re Lisa Golden*                                        |
|     |     | 19cv0836, *Golden v. Kipperman*                                      |
|     |     | 19cv0838, *Golden v. Rogers*                                         |
|     |     | 19cv0843, *Golden v. Kipperman*                                      |
|     |     | 19cv1417, *In re Lisa Kaye Golden*                                   |
|     |     | 19cv1678, *Golden v. Kipperman*                                      |
|     |     | 19cv2064, *In re: Lisa Kaye Golden*                                  |
|     |     | 19cv2065, *Golden v. Rogers*                                         |
|     |     | 19cv2178, *Golden v. Rogers*                                         |
|     |     | 19cv2320, *In re: Lisa Golden*                                       |

| | |
|---|---|
| 1 | 19cv2462, *In re: Golden* |
| 2 | 19cv2463, *In re: Golden* |
| 3 | 20cv0047, *Golden v. Rogers* |
| 4 | 20cv0050, *Golden v. Rogers* |
| 5 | 20cv0051, *Golden v. Rogers* |
| 6 | 20cv0052, *Golden v. Rogers* |
| 7 | 20cv0055, *Golden v. Rogers* |
| 8 | 20cv0057, *Golden v. Rogers* |
| 9 | 20cv0059, *Golden v. Rogers* |
| 10 | 20cv0061, *Golden v. Rogers* |
| 11 | 20cv0102, *Golden v. Rogers* |
| 12 | 20cv0205, *Golden v. Kipperman* |
| 13 | 20cv0206, *Golden v. Kipperman* |
| 14 | 20cv0207, *Golden v. Kipperman* |
| 15 | 20cv0305, *Golden v. Kipperman* |
| 16 | 20cv0725, *Golden v. Mann* |
| 17 | 20cv0855, *Golden v. Kipperman* |
| 18 | 20cv0856, *Golden v. Mann* |
| 19 | 20cv0857, *Golden v. Kipperman* |
| 20 | 20cv0866, *Golden v. Kipperman* |
| 21 | 20cv0950, *In re Lisa Golden* |
| 22 | 20cv0951, *In re Golden* |
| 23 | 20cv0952, *In re Golden* |
| 24 | 20cv0999, *In re: Lisa Golden* |
| 25 | 20cv1001, *In re: Lisa Golden* |
| 26 | 20cv1002, *Golden v. Kipperman* |
| 27 | 20cv1004, *In re: Lisa Golden* |
| 28 | 20cv1005, *In re: Lisa Golden* |

1       20cv1044, *Kipperman v. Golden*

2       20cv1087, *Golden v. Kipperman*

3  18.  20cv1490, *Raiser v. United States District Court for the Southern Dist. Of Cal.*

4  19.  20cv1733, *Kohut v. National Security Agency*

5      **IT IS SO ORDERED**.

6 Dated: October 6, 2020

                                            Hon. Dana M. Sabraw
                                            United States District Judge

4